# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

BRIAN J. VICENZI ,

      Plaintiff,

    v.                               Case No. 08-M-62

CITY OF GREEN BAY, a municipal corporation,    (Related Case: 08-C-172)
CITY OF GREEN BAY POLICE OFFICER BRAD STROUF,
CITY OF GREEN BAY POLICE OFFICER BILL RESCH,
and ARISE HEALTH PLAN, ,

      Defendants.

---

### ORDER

---

Non-Party William "Red" Lewis has filed a motion to quash the subpoena served on him by the Defendants in the above matter, directing him to appear at a second deposition on December 11, 2008. Lewis objects both on the ground that, since he has previously been deposed, a second deposition would pose an undue burden upon him, and on the ground that the notice is insufficient to allow him to gather the documents requested and prepare himself for such a deposition. Because the motion does not lack substantive merit, the clerk is directed to set the matter for a hearing. The subpoena is stayed and Lewis need not appear for further deposition until this Court rules on his motion.

    **SO ORDERED** this   9th   day of December, 2008.

                                   s/ William C. Griesbach
                                   William C. Griesbach
                                   United States District Judge